USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOSE CASAS,

Defendant.

---

03-CR-631 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 29, 2021, Mr. Casas filed a motion for clarification of judgment and/or a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, *see* Petition, Dkt. 42; and

WHEREAS the Court construes Mr. Casas's motion as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Casas's habeas petition. The document at 03-CR-631, Dkt. 42, should be docketed as docket entry 1 in the new civil case.

**SO ORDERED.**

Date: October 8, 2021
New York, NY

**VALERIE CAPRONI**
**United States District Judge**